# EXHIBIT A

Karen Beyea-Schroeder, Esq.
NJ Bar No.023131997
**BURNETT LAW FIRM**
3737 Buffalo Speedway, Ste. 1850
Houston, TX  77098
Tel: (832) 413-4410
Fax: (832) 900-2120
Karen.Schroeder@RBurnettLaw.com
*Attorneys for Plaintiff(s)*

| | |
|---|---|
| AILENE CABRERA, | : SUPERIOR COURT OF NEW JERSEY |
|  | : LAW DIVISION: MIDDLESEX COUNTY |
| *Plaintiff,* | : |
| v. | : CASE TYPE: MCL NO. 628 |
|  | : |
| SANOFI S.A.; | : MASTER DOCKET NO. |
| AVENTIS PHARMA S.A.; | : MID-L-4998-18-CM |
| SANOFI U.S. SERVICES INC., | : |
| formerly known as SANOFI-AVENTIS | : |
| U.S. INC.; | : DOCKET NO. MID-L-_____ |
| SANOFI-AVENTIS U.S. LLC, | : |
| separately and doing business as | : |
| WINTHROP U.S.; | : |
| SANDOZ, INC.; | : **CIVIL ACTION** |
| HOSPIRA, INC.; | : **IN RE TAXOTERE LITIGATION** |
| HOSPIRA WORLDWIDE, LLC formerly | : |
| known as HOSPIRA WORLDWIDE, INC.; | : |
| ACCORD HEALTHCARE, INC.; | : |
| MCKESSON CORPORATION doing | : |
| business as MCKESSON PACKAGING; | : |
| SUN PHARMA GLOBAL FZE; | : |
| SUN PHARMACEUTICAL INDUSTRIES, | : **THIRD AMENDED MASTER SHORT** |
| INC. formerly known as CARACO | : **FORM COMPLAINT** |
| PHARMACEUTICAL LABORATORIES, | : **& JURY DEMAND** |
| LTD.; | : |
| ACTAVIS LLC formerly known as | : |
| ACTAVIS INC.; | : |
| ACTAVIS PHARMA, INC.; | : |
| PFIZER, INC.; | : |
| SAGENT PHARMACEUTICALS INC.; | : |
| AND | : |
| JOHN DOE DRUG COMPANY | : |
| DEFENDANTS #1-10, | : |
|  | : |
| *Defendants*. | : |
|  | : |

Plaintiff, <u>AILENE CABRERA</u>, complaining against the Defendants, allege as follows:

1. Pursuant to the Master Pleading Implementation Order, entered in the <u>In Re Taxotere Litigation</u>, Master Case No. MID-L-4998-18-CM, Case No. 628, the undersigned counsel hereby submit this Third Amended Master Short Form Complaint and Jury Demand against the Defendants. Plaintiff hereby adopts and incorporates by reference the Third Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case. This Master Short Form Complaint adopts allegations and encompasses claims as well as any amendments as set forth in the Third Amended Master Long Form Complaint against Defendant(s) by reference.

   Plaintiff further alleges as follows:

2. Plaintiff:

   AILENE CABRERA

3. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

   N/A

4. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

5. Current State of Residence: <u>Florida</u>

6. State in which Plaintiff alleges injury: <u>Florida</u>

7. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants:

      ☒  A.  Sanofi U.S. Services Inc., formerly known as Sanofi-Aventis U.S. Inc.

☒    B.    Sanofi-Aventis U.S. LLC separately and doing business as Winthrop U.S.

☐    C.    Sanofi S.A.

☐    D.    Aventis Pharma S.A.

b.    Other Brand Name Drug Sponsors, Manufacturers, Distributors, and John Doe Defendants:

☒    A.    Winthrop U.S.

☒    B.    Sandoz, Inc.

☒    C.    Accord Healthcare, Inc.

☒    D.    McKesson Corporation doing business as McKesson Packaging

☒    E.    Hospira Worldwide, LLC formerly known as Hospira Worldwide, Inc.

☒    F.    Hospira, Inc.

☐    G.    Sun Pharma Global FZE

☒    H.    Sun Pharmaceutical Industries, Inc. formerly known as Caraco Pharmaceutical Laboratories, Ltd.

☐    I.    Pfizer, Inc.

☐    J.    Actavis LLC formerly known as Actavis Inc.

☐    K.    Actavis Pharma, Inc.

☐    L.    Sagent Pharmaceuticals, Inc.

☒    M.    John Doe Drug Company Defendants #1-10, who are persons, individuals, and/or entities who are liable and/or responsible for Plaintiff's/Plaintiffs' damages, but who have not been identified.

☐    N.    Other:_____

Basis for Jurisdiction:

A.    Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 9-148.

B.  Other allegations of jurisdiction and venue:

N/A

8.  Brand Product(s) used by Plaintiff (check applicable):

☐  A.  Taxotere

☐  B.  Docefrez

☐  C.  Docetaxel Injection

☐  D.  Docetaxel Injection Concentrate

☒  E.  Unknown

☐  F.  Other:

9.  First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 8:

1/22/2013 and 3/26/2013, approximate.

10. State in which Product(s) identified in question 8 was/were administered:

Florida

11. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

EXTENSIVE ALOPECIA, DOES NOT CURRENTLY RECALL DATE OF ONSET, UNTIL PRESENT.

4

12. Counts in Master Complaint brought by Plaintiff:

☒ Count I – Failure to Warn Under New Jersey Products Liability Act

☒ Count II – Strict Products Liability – Design and Manufacturing Under New Jersey Products Liability Act

☒ Count III – Breach of Express Warranty – Sanofi S.A., Aventis Pharma S.A., Sanofi U.S. Services Inc., formerly known as Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC, separately and doing business as Winthrop US

☒ Count IV – Breach of Express Warranty – Sandoz, Inc.

☒ Count V – Breach of Express Warranty – Hospira, Inc., and Hospira Worldwide, LLC formerly known as Hospira Worldwide, Inc.

☒ Count VI – Breach of Express Warranty – Accord Healthcare, Inc. and McKesson Corporation doing business as McKesson Packaging

☒ Count VII – Breach of Express Warranty – Sun Pharma Global FZE and Sun Pharmaceutical Industries, Inc. formerly known as Caraco Pharmaceutical Laboratories, Ltd

☐ Count VIII – Breach of Express Warranty – Actavis Pharma, Inc.; Actavis LLC formerly known as Actavis Inc.; and Sagent Pharmaceuticals, Inc.

5

☐ Count IX – Breach of Express Warranty – Pfizer, Inc.

☐ Count X – Loss of Consortium

☐ Other:  Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail.

_____

_____

_____

☒ Jury Trial is Demanded as to All Counts

☐ Jury Trial is NOT Demanded as to Any Count

13. Plaintiff has suffered and will continue to suffer pain, suffering, disability, impairment, loss of enjoyment of life, inability to engage in chosen and necessary activities, and/or economic damages, as a result of the administration of the designated product(s).

WHEREFORE, Plaintiff(s) demand(s) Judgment against the Defendants awarding compensatory damages, attorney's fees, interest, costs of suit and such further relief as the Court deems equitable and just.

Dated: May 27, 2020                                   **BURNETT LAW FIRM**

                                      By: _____
                                          Karen Beyea-Schroeder, Esq.
                                          NJ Bar No.023131997
                                          3737 Buffalo Speedway, Ste. 1850
                                          Houston, TX  77098
                                          Tel: (832) 413-4410
                                          Fax: (832) 900-2120
                                          Karen.Schroeder@RBurnettLaw.com
                                          *Attorneys for Plaintiff(s)*

## DESIGNATION OF TRIAL COUNSEL

Pursuant to New Jersey Court <u>Rule</u> 4:25-4, <u>KAREN BEYEA-SCHROEDER</u> is hereby designated as trial counsel.

By: _____
Karen Beyea-Schroeder, Esq.
NJ Bar No.023131997
**BURNETT LAW FIRM**
3737 Buffalo Speedway, Ste. 1850
Houston, TX  77098
Tel: (832) 413-4410
Fax: (832) 900-2120
Karen.Schroeder@RBurnettLaw.com
*Attorneys for Plaintiff(s)*

## RULE 4:5-1 CERTIFICATION

I hereby certify that to the best of my knowledge the matter in controversy is the subject of numerous other actions filed in the Superior Court, all of which are consolidated and designated as and under Master Docket No. MID-L-4998-18-CM, and that no other parties are necessary to join at this time.

I certify that the dispute about which I am suing is not the subject of any other action pending in any other court or a pending arbitration proceeding to the best of my knowledge and belief. Also, to the best of my knowledge and belief no other action or arbitration proceeding is contemplated. Further, other than the parties set forth in this complaint, I know of no other parties that should be made a part of this lawsuit. In addition, I recognize my continuing obligation to file and serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

Dated: May 27, 2020                                            **BURNETT LAW FIRM**

By: _/s/ Karen N. Beyea-Schroeder_____
Karen Beyea-Schroeder, Esq.
NJ Bar No.023131997
3737 Buffalo Speedway, Ste. 1850
Houston, TX  77098
Tel: (832) 413-4410
Fax: (832) 900-2120
Karen.Schroeder@RBurnettLaw.com
*Attorneys for Plaintiff(s)*

8

**Appendix XII-B1**



# CIVIL CASE INFORMATION STATEMENT
## (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
**Pleading will be rejected for filing, under *Rule* 1:5-6(c),
if information above the black bar is not completed
or attorney's signature is not affixed**

FOR USE BY CLERK'S OFFICE ONLY

PAYMENT TYPE: ☐ CK ☐ CG ☐ CA
CHG/CK NO.
AMOUNT:
OVERPAYMENT:
BATCH NUMBER:

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| Karen Beyea-Schroeder | (832) 413-4410 | Middlesex |

| FIRM NAME (if applicable) | DOCKET NUMBER (when available) |
|---|---|
| Burnett Law Firm | |

| OFFICE ADDRESS | DOCUMENT TYPE |
|---|---|
| 3737 Buffalo Speedway Suite 1850 Houston, TX 77098 | Complaint |
| | JURY DEMAND ■ YES ☐ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| Ailene Cabrera, Plaintiff | AILENE CABRERA v. SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC.; et al. |

| CASE TYPE NUMBER (See reverse side for listing) | HURRICANE SANDY RELATED? | IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ■ NO |
|---|---|---|
| 606 | ☐ YES ■ NO | IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |

| RELATED CASES PENDING? ■ YES ☐ NO | IF YES, LIST DOCKET NUMBERS see below |
|---|---|

| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☐ YES ■ NO | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known) ☐ NONE ■ UNKNOWN |
|---|---|

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ☐ YES ■ NO | IF YES, IS THAT RELATIONSHIP: ☐ EMPLOYER/EMPLOYEE ☐ FAMILIAL | ☐ FRIEND/NEIGHBOR ☐ BUSINESS | ☐ OTHER (explain) |
|---|---|---|---|

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ YES ■ NO |
|---|

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION
This is a pharmaceutical defect case against NJ-based companies for which there is an MCL before Judge Hyland.

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☐ YES ■ NO | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| WILL AN INTERPRETER BE NEEDED? ☐ YES ■ NO | IF YES, FOR WHAT LANGUAGE? |

**I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).**

ATTORNEY SIGNATURE: *Karen N. Beyea-Schroeder*

**Side 2**



# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

### Track I - 150 days' discovery
- 151  NAME CHANGE
- 175  FORFEITURE
- 302  TENANCY
- 399  REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502  BOOK ACCOUNT (debt collection matters only)
- 505  OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506  PIP COVERAGE
- 510  UM or UIM CLAIM (coverage issues only)
- 511  ACTION ON NEGOTIABLE INSTRUMENT
- 512  LEMON LAW
- 801  SUMMARY ACTION
- 802  OPEN PUBLIC RECORDS ACT (summary action)
- 999  OTHER (briefly describe nature of action)

### Track II - 300 days' discovery
- 305  CONSTRUCTION
- 509  EMPLOYMENT (other than CEPA or LAD)
- 599  CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
- 605  PERSONAL INJURY
- 610  AUTO NEGLIGENCE – PROPERTY DAMAGE
- 621  UM or UIM CLAIM (includes bodily injury)
- 699  TORT – OTHER

### Track III - 450 days' discovery
- 005  CIVIL RIGHTS
- 301  CONDEMNATION
- 602  ASSAULT AND BATTERY
- 604  MEDICAL MALPRACTICE
- 606  PRODUCT LIABILITY
- 607  PROFESSIONAL MALPRACTICE
- 608  TOXIC TORT
- 609  DEFAMATION
- 616  WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617  INVERSE CONDEMNATION
- 618  LAW AGAINST DISCRIMINATION (LAD) CASES

### Track IV - Active Case Management by Individual Judge / 450 days' discovery
- 156  ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303  MT. LAUREL
- 508  COMPLEX COMMERCIAL
- 513  COMPLEX CONSTRUCTION
- 514  INSURANCE FRAUD
- 620  FALSE CLAIMS ACT
- 701  ACTIONS IN LIEU OF PREROGATIVE WRITS

### Multicounty Litigation (Track IV)
- 271  ACCUTANE/ISOTRETINOIN
- 274  RISPERDAL/SEROQUEL/ZYPREXA
- 281  BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282  FOSAMAX
- 285  STRYKER TRIDENT HIP IMPLANTS
- 286  LEVAQUIN
- 287  YAZ/YASMIN/OCELLA
- 289  REGLAN
- 290  POMPTON LAKES ENVIRONMENTAL LITIGATION
- 291  PELVIC MESH/GYNECARE
- 292  PELVIC MESH/BARD
- 293  DEPUY ASR HIP IMPLANT LITIGATION
- 295  ALLODERM REGENERATIVE TISSUE MATRIX
- 296  STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS
- 297  MIRENA CONTRACEPTIVE DEVICE
- 299  OLMESARTAN MEDOXOMIL MEDICATIONS/BENICAR
- 300  TALC-BASED BODY POWDERS
- 601  ASBESTOS
- 623  PROPECIA
- 624  STRYKER LFIT CoCr V40 FEMORAL HEADS

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics.

**Please check off each applicable category**   ☐ Putative Class Action    ☐ Title 59

# Civil Case Information Statement

**Case Details: MIDDLESEX | Civil Part Docket# L-003160-20**

**Case Caption:** CABRERA AILENE VS SANOFI U.S. SERVICES, INC.
**Case Initiation Date:** 05/27/2020
**Attorney Name:** KAREN HOPE BEYEA-SCHROEDER
**Firm Name:** SCHROEDER LAW OFFICE, PLLC
**Address:** PO BOX 131747
THE WOODLANDS TX 77393
**Phone:** 8325859829
**Name of Party:** PLAINTIFF : Cabrera, Ailene
**Name of Defendant's Primary Insurance Company** (if known): Unknown

**Case Type:** TAXOTERE/DOCETAXEL
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 12 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Are sexual abuse claims alleged by: Ailene Cabrera?** NO

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
 **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
 **If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

05/27/2020
Dated

/s/ KAREN HOPE BEYEA-SCHROEDER
Signed